## Troupe, Appellant, *v.* William Drach & Company.

 Argued June 14, 1966. *Robert H. Arronson,* with him *Maurice Freedman* and *Herbert H. Hadra,* for appellant; *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellees.

Order affirmed.

## Wood Unemployment Compensation Case.

 Argued June 15, 1966. *David Wood, Sr.,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.